UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) CR 217-40-10 |
|---|---|
| v. | ) |
| DEMETRIUS CONEY | ) |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment against Demetrius Coney is hereby GRANTED. The indictment is hereby dismissed, as to this defendant only, without prejudice.

So ORDERED, this 22 day of February 2018.

HON. LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order of Dismissal
Demetrius Coney
CR 217-40-10
Prepared by AUSA Knoche